747 A.2d 281

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ALVARO CABRERA, DEFENDANT–MOVANT.

February 23, 2000.

It appearing that the lower courts erred in relying on the procedural bars of *R.* 3:22–4 and –5 to dismiss the petition for post conviction relief, it is ORDERED that the motions for reconsideration (M–596) and for leave to file as within time (M–597), are granted, and it is further;

ORDERED that the petition for certification (C–948–96) seeking review of the Appellate Division judgment in A–3536–95 is granted, and the matter is summarily remanded to the Law Division for a plenary hearing on movant's claims of ineffective assistance of counsel.

747 A.2d 281

GEORGE KALLIMANIS, ET AL., PLAINTIFFS–
MOVANTS, v. EVAN SEHGAL, ET AL.,
DEFENDANTS–RESPONDENTS.

February 29, 2000.

Leave to appeal is granted, and the matter is summarily remanded to the trial court for reconsideration in the light of *Mancuso v. Neckles,* 163 *N.J.* 26, 747 *A.2d* 255 (2000), and *Gallagher v. Burdette Tomlin Memorial Hospital,* 163 *N.J.* 38, 747 *A.2d* 262 (2000).